## MAJOR, GILLESPIE & TITUS
### v.
## ROBISON & MARTIN

1808

### JOURNAL ENTRIES

1. Declaration filed; rule to bring body . . . *Journal, infra,* *p. 134
2. Rule enlarged . . . . . . . . . . . . . " 135
3. Special bail . . . . . . . . . . . . . " 136
4. Special bail . . . . . . . . . . . . . " 136
5. Rule to plead . . . . . . . . . . . . " 158
6. Judgment . . . . . . . . . . . . . " 213

### PAPERS IN FILE
[None]

## LILLY & BOSTON
### v.
## JAMES & FRANCIS LASSELLE

1808

### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* *p. 134
2. Rule to plead . . . . . . . . . . . . " 136
3. Discontinuance . . . . . . . . . . . " 206

### PAPERS IN FILE
1. Letter concerning security for costs . . . . . . . *Printed in Vol. 2*